UNITED STATES of America, Plaintiff–Appellee,

v.

Hugh L. TAYLOR; Betty B. Taylor, Defendants–Appellants.

No. 00–2421.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

Hugh L. Taylor, Betty B. Taylor, pro se. David I. Pincus, Carol Ann Barthel, Brian P. Kaufman, United States Department of Justice, Washington, DC; James D. McCoy, III, Office of the United States Attorney, Greenville, SC, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Hugh L. Taylor and Betty B. Taylor appeal the district court's orders granting

summary judgment to the United States on its action seeking collection of the Taylors' income tax liability. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Taylor,* No. CA–99–947–6 (D.S.C. filed Sept. 28, 2000; entered Sept. 29, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The United States has filed a motion for leave to seek a correction of the judgment in the

district court pursuant to Fed.R.Civ.P. 60(a). We hereby grant the motion.